# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA HERNANDEZ, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01822-MCE-EFB<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Ctrm: 7, 14th Floor<br><br>Complaint Filed: August 3, 2016<br>Trial Date: None Set |

On December 1, 2017, Plaintiff LANA HERNANDEZ along with Defendant FORD MOTOR COMPANY entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

///

///

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 11, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE